UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMAEL AVERY ROBINSON, SR.,

    Plaintiff,

v.

LAURA CRIVELO, KORI ASHLEY, OWEN PIOTROWSKI, and CIRCUIT COURT OF WISCONSIN,

    Defendants.

Case No. 24-CV-1653-JPS

**ORDER**

    Plaintiff Jamael Avery Robinson, Sr. ("Plaintiff"), proceeding pro se, filed this action in late December 2024. ECF No. 1. Pursuant to 28 U.S.C. § 1915, the assigned judge, Magistrate Judge William E. Duffin, screened Plaintiff's complaint.[1] ECF No. 6. Magistrate Judge Duffin recommended that Plaintiff's claims against Laura Crivelo and Kori Ashley—state court judges—be dismissed with prejudice on the basis of judicial immunity. *Id.* at 6–7. He similarly recommended that Plaintiff's claims against Owen Piotrowski—a prosecutor—be dismissed with prejudice on the basis of prosecutorial immunity. *Id.* at 7–8. Finally, he recommended that Plaintiff's claims against the Circuit Court of Wisconsin be dismissed because this entity "is not a person that can be sued under 42 U.S.C. § 1984." *Id.* at 7 (quoting *Griffin v. State of Wisconsin*, No. 7-1653, 2007 WL 2913892, at *3 (7th Cir. Oct. 5, 2007) (citation and internal quotation marks omitted)).

---

[1]Plaintiff also submitted a request for leave to proceed in forma pauperis, ECF No. 2, which Magistrate Judge Duffin granted, ECF No. 6 at 1.

Magistrate Judge Duffin further noted that Plaintiff's complaint referenced a purported scheme by Milwaukee Police Department officers but found that, to the extent Plaintiff intended to raise a claim against these officers, his complaint failed to provide sufficient facts to state such a claim. *Id.* at 8–9. He therefore recommended that any such claim be dismissed without prejudice, while giving Plaintiff the opportunity to file an amended complaint to attempt to state a claim. *Id.* at 9.

Magistrate Judge Duffin informed Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), he had fourteen days to file an objection to these recommendations. *Id.* at 11. Plaintiff was also notified that he had fourteen days to file an amended complaint if he wished to do so. *Id.* at 10.

Both deadlines have passed and the Court has received no objection or amended complaint from Plaintiff. Having received no objection to Magistrate Judge Duffin's report and recommendation, and in full agreement with Magistrate Judge Duffin's findings, the Court will adopt the recommendation.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's January 16, 2025 Report and Recommendation, ECF No. 6, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff Jamael Avery Robinson, Sr.'s claims against Defendants Laura Crivelo, Kori Ashley, Owen Piotrowski, and the Circuit Court of Wisconsin be and the same are hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED** that any claims that Plaintiff Jamael Avery Robinson, Sr. may have attempted to raise against Milwaukee Police
Page 2 of 3
Case 2:24-cv-01653-JPS   Filed 02/12/25   Page 2 of 3   Document 7

Department officers be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of February, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge